IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| POP ART ENTERPRISES, INC., et al., | : | CIVIL ACTION |
| | : | |
| Plaintiffs, | : | NO. 05-5721 |
| | : | |
| v. | : | |
| | : | |
| GOODEN, | : | |
| | : | |
| Defendant. | : | |

**<u>ORDER</u>**

AND NOW, this 6th day of February, 2006, it is hereby ORDERED that plaintiff shall have thirty (30) days from the date of this Order to show cause why this matter should not be dismissed for want of prosecution.

BY THE COURT:

    S/ James T. Giles    
                                J.