UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSLVANIA

Pop Art Enterprises, Inc. and
Bernard Resnick, Esq. P.C.,

            Plaintiffs,            Civil Action No.
v.                                           05-5721

Lolita Shante Gooden, a/k/a Roxanne Shante,

            Defendant.


RULE 41 (a)(1)(i) NOTICE OF VOLUNTARY DISMISSAL


Plaintiffs Pop Art Enterprises, Inc. and Bernie Resnick, Esq., PC hereby serve notice that the above-cited proceeding is dismissed without prejudice pursuant to Federal Rule of Civil Procedure § 41 (a)(1)(i).


Housatonic, MA.
February 16, 2006

_____/S/_____
Paul C. Rapp, Esq.
Attorney for the Plaintiffs
348 Long Pond Road
Housatonic, MA  10236

_____/S/_____
Bernard Resnick, Esq.
Associate Counsel
Two Bala Plaza, Suite #300
Bala Cynwyd, PA 19004

1